NO. 07-09-0270-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

DECEMBER 18, 2009
_____

GRETA JANE CRUMPLER AKA GRETA JANE SHARP, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE
_____

FROM THE 47TH DISTRICT COURT OF POTTER COUNTY;

NO. 58,255-A; HONORABLE HAL MINER, JUDGE
_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**ON MOTION TO DISMISS**

Appellant, Greta Jane Crumpler, a.k.a. Greta Jane Sharp, filed Notice of Appeal to appeal a judgment convicting her of felony driving while intoxicated entered against her in the 47th District Court of Potter County, Texas. However, appellant has now filed a motion to dismiss the appeal.

Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a) and this Court has not delivered its decision prior to receiving it, the motion is

hereby granted and the appeal is dismissed. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained and our mandate will issue.


Mackey K. Hancock
Justice

Do not publish.